SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
OMAR LUNA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>  Plaintiff,<br><br>vs.<br><br>MALEEH AYMON D/B/A SKYLINE MARKET AND LIQUOR; IAN SPISZMAN, AS TRUSTEE OF THE SPISZMAN FAMILY TRUST; and DOES 1 to 10,<br><br>  Defendants. | **Case No.: 2:20-cv-10097 SVW (GJSx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Omar Luna ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: February 10, 2021              **SO. CAL EQUAL ACCESS GROUP**



                                                          */s/ Jason J. Kim*
                                                      JASON J. KIM
                                                      Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE